# Third District Court of Appeal
## State of Florida

Opinion filed May 15, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2204
Lower Tribunal No. 05-1018-A-K
_____

**Robert E. Thompson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Robert E. Thompson, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.